No. 88–505. NATIONAL ASSOCIATION OF COUNTIES ET AL. *v.* BRADY, SECRETARY OF THE TREASURY. C. A. D. C. Cir. Certiorari denied.

No. 88–514. HENSON ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–521. JESSUP ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–548. NEWMAN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 88–559. AZAR *v.* MINISTER OF LEGAL AFFAIRS OF TRINIDAD AND TOBAGO. C. A. 11th Cir. Certiorari denied.

No. 88–593. TRUJILLO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–596. COUNTY OF SUMMIT *v.* CITY OF AKRON. Sup. Ct. Ohio. Certiorari denied.

No. 88–602. ALLIED CHEMICAL *v.* NIAGARA MOHAWK POWER CORP. ET AL. Ct. App. N. Y. Certiorari denied.

No. 88–607. WEIGNER *v.* CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 88–612. ROBINSON *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 88–617. YORK BANK & TRUST CO. *v.* FEDERAL SAVINGS & LOAN INSURANCE CORPORATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–622. INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRONWORKERS, AFL–CIO *v.* BLOUNT INTERNATIONAL, LTD. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 88–624. HICKS *v.* FEENEY, DIRECTOR, DELAWARE STATE HOSPITAL. C. A. 3d Cir. Certiorari denied.